**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 100.35.34.21**

**ISP:** Verizon Internet Services
**Physical Location:** Jersey City, NJ

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 01/28/2018 09:30:57 | 2E6C385C6FB9EF14F232799B2C96A5EE7390B769 | X Marks The Spot |
| 01/03/2018 08:29:00 | A895B5246D9407C4DF2DB4B521A0E436E7C0C544 | HOT Coffee |
| 12/27/2017 07:24:23 | 590B58B3AB990F820A1D0BAA188CE8C18A60DD69 | Black Friday Can FUCK My Ass |
| 12/19/2017 06:56:30 | B0BDE8708FC36E831E1D82EE32A0D92D8C45BC23 | Your Luckiest Night |
| 12/19/2017 06:55:13 | 463F73D49530FC53A05A7D4AC405F14CDB3FF5C9 | Watch Me Cum For You |
| 11/11/2017 16:03:33 | 2BB3542AEE656BF5EDE1C26AFC0FA39BB9A419F7 | Would You Fuck My Girlfriend |
| 10/31/2017 06:57:05 | FD4E3CFBDD9879F2896436D0ECF5FD40C02971F5 | The Tightest Blonde |
| 10/14/2017 09:03:21 | E0A514A9E38A1E3AC483C42687BA27F550C03FE8 | Virtual Girlfriend |
| 09/28/2017 09:56:20 | DA3DA3342FD97239F701854B5A70F937059213E6 | Blonde College Girl Perfection |

**Total Statutory Claims Against Defendant: 9**

EXHIBIT A

CNJ688